**Order filed July 19, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00400-CR
_____

**HAPPY TRAN PHAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 184th District Court
Harris County, Texas
Trial Court Cause No. 1096930

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f)

and 34.6(g)(2), that it must inspect the original of **State's Exhibits 41 and 42, CDs;**

**State's Exhibit 60 and 66, DVDs, and Defense Exhibit 11, a DVD.**

The clerk of the 184th District Court is directed to deliver to the Clerk of this court the original of **State's Exhibits 41 and 42, CDs; State's Exhibit 60 and 66, DVDs, and Defense Exhibit 11, a DVD, on or before July 26, 2019.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibits 41 and 42, CDs; State's Exhibit 60 and 66, DVDs, and Defense Exhibit 11, a DVD, to the clerk of the 184th District Court.

PER CURIAM